IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE ABBOTT,           )<br>                              )<br>         Plaintiff,         )<br>                              )<br>     v.                     )<br>                              )<br>                              )<br>                              )<br> EMORY A. ROUNDS, III, Director )<br> U.S. Office of Government Ethics, )<br>                              )<br>         Defendant.        ) | Civil Action No. 22-2717 (BAH) |

**DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME
TO FILE RESPONSIVE PLEADING**

In accordance with Federal Rules of Civil Procedure 6(b)(1), Defendant, by and through undersigned counsel, respectfully requests this Court to extend the time to respond to Plaintiff's Complaint until March 23, 2023.  The answer is otherwise due today, March 20, 2023.  Pursuant to Local Civil Rule 7(m), undersigned counsel has contacted pro se Plaintiff by telephone and email regarding this motion.  Plaintiff had not yet responded with her position by the time of the filing of this motion.

The undersigned recognizes that this is Defendant's second request for an extension. The undersigned also recognizes that the Court's Standing Order provides that motions for extensions of time are to be filed at least four business days prior to the first affected deadline. However, undersigned counsel respectfully requests that the Court nonetheless entertain this Motion for a short extension of three days. A draft response has been prepared and submitted for supervisory review pursuant to Department of Justice guidelines and policy, and additional time is needed for that review to be completed.

Accordingly, the Defendant respectfully requests an extension of time of three days until

March 23, 2023, to respond to Plaintiff's Complaint. This request is made for good cause shown and not to cause undue delay of the proceedings.

    A proposed order is enclosed herewith.

Dated: March 20, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       /s/ L'Shaunteé J. Robertson
    L'SHAUNTEE J. ROBERTSON
    DC BAR #980248
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    202-252-1729
    Lshauntee.robertson@usdoj.gov

*Counsel for the Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE ABBOTT,  )<br> )<br>      Plaintiff,  )<br> )<br>v.  )<br> )<br>EMORY A. ROUNDS, III, Director  )<br>U.S. Office of Government Ethics,  )<br> )<br>      Defendant.  )<br>_____ ) | Civil Action No. 22-2717 (BAH) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's second motion for an extension of time to respond to the complaint in this action, and for good cause shown and the entire record herein, it is hereby

ORDERED that Defendant's motion is GRANTED; and it is further

ORDERED that Defendant shall have through and including March 23, 2023, to respond to the Complaint in this action.

SO ORDERED:

Dated: _____                      _____
                                          BERYL A. HOWELL
                                          Chief Judge

## **CERTIFICATE OF SERVICE**

I certify on the 20th day of March 2023, I caused a true and correct copy of the above to be served by email on pro se plaintiff as follows:

ELAINE ABBOTT
Discriminationlawsuitvoge@protonmail.com

                                                         */s/ L'Shaunteé J. Robertson*
                                                        L'SHAUNTEE J. ROBERTSON
                                                        Assistant United States Attorney