UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE ABBOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>EMORY ROUNDS, III, Director, U.S. Office of Government Ethics<br><br>        Defendant. | Civil Action 22-2717 (BAH) |

### DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant, Emory Rounds, III (hereinafter "Defendant" or "OGE"), by and through the undersigned counsel, makes the following initial disclosures to Plaintiff in the above-captioned matter. These disclosures are based on information presently known and reasonably available to OGE about the above-captioned action. If continuing investigation and discovery reveals additional information, OGE may amend these initial disclosures by identifying potential witnesses, documents and other pertinent information. Accordingly, OGE reserves the right to amend this initial pleading, as appropriate. Defendant asserts that the below witnesses, whether current or former employees of Defendant, should only be contacted through counsel for Defendant.

1

DISCLOSURES

I.  **The name and if known, the address and telephone number of each individual likely to have discoverable information -- along with the subjects of that information-- that the disclosing party may use in support of its claims or defenses, unless the use would be solely for impeachment.**

   1) Dale Christopher, Deputy Director, Compliance Division, U.S. Office of Government Ethics, 1201 New York Avenue, N.W., Washington, D.C. 20005; (202) 482-9224.

   Will testify about his interactions with Plaintiff about her work assignments in his capacity as her second line supervisor at OGE. Will also testify about the meeting that occurred with Plaintiff and Douglas Chapman in attendance on February 12, 2018.

   2) Douglas Chapman, Chief, Program Review Branch, U.S. Office of Government Ethics, 1201 New York Avenue, N.W., Washington, D.C. 20005; (202) 482-9242.

   Will testify about his knowledge of and interactions with Plaintiff about her work assignments and performance in his capacity as her first line supervisor at OGE. Will also testify about the meeting that occurred with Plaintiff and Dale Christopher in attendance on February 12, 2018.

   3) Elizabeth Horton, Associate Counsel, U.S. Office of Government Ethics, 1201 New York Avenue, N.W., Washington, D.C. 20005; (202) 482-9211.

   Will testify about her interactions with Plaintiff regarding Plaintiff's request for leave and Family Medical Act Leave in 2018, and Plaintiff's aborted request for reasonable accommodation upon her return to work from extended leave in 2018; OGE's response to correspondence from Plaintiff about her leave and work status in 2018; and her interactions with the Bureau of Fiscal Service about an administrative investigation on Plaintiff's claims of workplace harassment in 2018.

   4) Michelle Walker, Management Analyst, Program Review Branch, U.S. Office of Government Ethics, 1201 New York Avenue, Washington, D.C. 20005; (202) 482-9213.

   Will testify about her interactions with Plaintiff regarding the assignment to post Certifications of Ethics Agreement Compliance on the OGE website, and her knowledge of what performing this work entail.

   5) Grace Clark (retired); 6000 Spell Road, Clinton, Maryland 20735; (301) 742-7719.

    Will testify about her receipt of an email transmitting a letter and summary of investigation pertaining to the EEO complaint of former OGE employee Alicia Rosado from the Department of Veterans Affairs Office of Resolution Management (ORM), in her capacity as OGE's EEO Liaison. Will testify that she did not talk with either Dale Christopher or Doug Chapman about the contents of the letter or the attachment.

**II.** **A copy -- or a description by category and location -- of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support to its claims or defenses, unless the use would be solely for impeachment.**

1) Report of Investigation on EEO Complaint of Elaine Abbott, EEO Case Number OGE-18-01 (2 volumes); maintained electronically by OGE.

2) Plaintiff's EEO Affidavit, EEO Case Number OGE-18-01; maintained electronically by OGE.

3) Various emails concerning Plaintiff's work assignments and performance while employed at the Office of Government Ethics; maintained electronically at OGE.

4) Email dated November 6, 2017 from Marie L. Anderson (ORM) to Grace Clark re: Notice of Completion of Investigation, with attachments: maintained at 1201 New York Avenue, Washington, D.C. 20005.

5) Summary of EEO Investigation of Alicia Rosado, EEO Case Number 20DR-XXOO-2017103616; maintained electronically by OGE.

**III.** **A computation of each category of damages claimed by the disclosing party -- who must also make available for inspection and copying under Rule 34 the documents or other evidentiary materials, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.**

  None.

**IV.** **For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

  None.

Dated: May 24, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ L'Shaunteé J. Robertson
L'SHAUNTEE J. ROBERTSON, D.C. BAR #980248
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-1729
Lshauntee.robertson@usdoj.gov

*Counsel for the Defendants*

4