THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE ABBOTT,<br><br>      Plaintiff,<br><br>   v.<br><br>SHELLEY FINLAYSON, Acting Director,<br>U.S. Office of Government Ethics<br><br>      Defendant. | Civil Action No. 22 -02717 (BAH) |

## JOINT STATUS REPORT AND MOTION FOR EXTENSION

Pursuant to the Court's September 29, 2023 Minute Order, and in accordance with Federal Rules of Civil Procedure 6(b)(1), Plaintiff Elaine Abbott ("Plaintiff"), appearing pro se, and Defendant Shelley Finlayson ("Defendant"), in her official capacity and by and through undersigned counsel, respectfully submit the following joint status report and motion for extension.

The Court previously set the following schedule:

- November 24, 2023 – close of discovery
- January 22, 2024 – dispositive motions due
- February 26, 2024 –oppositions due
- March 25, 2024 – replies due

As of this report, Plaintiff has sat for a deposition and has preliminarily responded to Defendant's interrogatories and requests for documents, but needs additional time to complete her responses. Defendant has completed drafts of her responses to Plaintiff's interrogatories and requests for documents. Those drafts are pending supervisory review pursuant to Department of Justice policy; therefore, Defendant needs additional time to provide its discovery responses to

Plaintiff. Additionally, with respect to some of the information requested by both parties, the parties are currently conferring about a joint motion for protective order to present to the Court, for which additional time is needed to finalize.

Accordingly, the parties jointly request a two-month extension of the discovery period and briefing schedule as follows:

- January 24, 2024 – close of discovery
- March 22, 2024 – dispositive motions due
- April 26, 2024 – oppositions due
- May 25, 2024 – replies due

Defendant has previously requested three extensions; two of them were for the time to file an Answer to Plaintiff's Complaint, and one was for an extension of discovery after Plaintiff's September 8, 2023 Amended Complaint. Here, the parties jointly submit this request for an extension. The parties recognize that the Court's Standing Order provides that motions for extensions of time are to be filed at least four business days prior to the first affected deadline. However, the parties respectfully request that the Court nonetheless entertain this Motion for the reasons stated above. This request is made jointly, for good cause, and not to cause undue delay of the proceedings.

A proposed order is enclosed herewith.

*   *   *

Dated: November 24, 2023

*/s/ Elaine Abbott*
ELAINE ABBOTT
Plaintiff, Appearing *Pro Se*
discriminationlawsuitvoge
@protonmail.com

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/ *L'Shaunteé J. Robertson*
L'SHAUNTEE J. ROBERTSON,
D.C. BAR # 980248
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Phone: (202) 252-1729
lshauntee.robertson@usdoj.gov

*Attorneys for the United States*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE ABBOTT,<br><br>       Plaintiff,<br><br>  v.<br><br>SHELLEY FINLAYSON, Acting Director,<br>U.S. Office of Government Ethics<br><br>       Defendant. | Civil Action No. 22 -02717 (BAH) |

## [PROPOSED] ORDER

UPON CONSIDERATION of the parties' Joint Status Report and Motion for extension of the discovery period and briefing schedule, and for good cause shown and the entire record herein, it is hereby

ORDERED that the parties' joint motion is GRANTED; and it is further

ORDERED that the discovery and briefing scheduled are modified as follows:

    January 24, 2024 – close of discovery
    March 22, 2024 – dispositive motions due
    April 26, 2024 – oppositions due
    May 25, 2024 – replies due

SO ORDERED:


Dated: _____

                                                                         BERYL A. HOWELL
                                                                         District Judge

**CERTIFICATE OF SERVICE**

I certify on the 24th day of November 2023, I caused a true and correct copy of the above to be served by email on pro se plaintiff as follows:

ELAINE ABBOTT
Discriminationlawsuitvoge@protonmail.com

                                                               */s/ L'Shaunteé J. Robertson*
                                                             L'SHAUNTEE J. ROBERTSON
                                                            Assistant United States Attorney