UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE ABBOTT,<br><br>            Plaintiff,<br><br>      v.<br><br>SHELLEY FINLAYSON,<br><br>            Defendant. | Civil Action No. 22-2717 (BAH)<br><br>Judge Beryl A. Howell |

**NOTICE OF ACKNOWLEDGMENT OF APPOINTMENT OF COUNSEL
FOR THE LIMITED PURPOSE OF MEDIATION**

  I have received and reviewed the Court's Order of Appointment of Counsel for the Limited Purpose of Mediation, including the Guidelines for Court-Appointed Mediation Counsel attached to that Order. I understand that counsel is being appointed for the limited purpose of assisting me with the mediation process, and that I must continue to represent myself in this case with respect to matters other than mediation.

Respectfully submitted,

*/s/ Elaine Abbott*
Signature of *pro se* party

Elaine Abbott
Name of *pro se* party (printed)

See 9/14/2022 Minute Order/ECF No. 4
Address

"

_____
City  State  ZIP

"
_____
Telephone

DATE: 5/12/2024