UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE ABBOTT<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHELLEY FINLAYSON, Acting Director<br>U.S. Office of Government Ethics<br><br>　　　　Defendant. | CIVIL ACTION NO: 1:22-cv-02717-BAH |

**PLAINTIFF'S SECOND MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure 6(b)(1) and 7(b) as well as this Court's Standing Order for Civil Cases, Plaintiff, who is self-represented, respectfully moves the Court to briefly extend her time to respond to the Defendant's summary judgment motion from Friday, November 15, 2024, to Friday, November 22, 2024. This is Plaintiff's second request for an extension to file a response in the summary judgment briefing schedule for this case.

There is good cause for this extension request. Plaintiff continues to experience significant physical and mental health setbacks from her post-surgical medical condition coupled with re-living the events underpinning this litigation to prepare a response to the Defendant's motion. That notwithstanding, Plaintiff is fully committed to this process and has made substantial progress with her response but needs this brief extension to finalize her filing and its attendant exhibits.

As required by Local Civil Rule 7(m), Plaintiff contacted the Defendant, through her counsel, via electronic mail – the Parties regular mode of communication – about this motion on Tuesday morning, November 12, 2024, at 6:08 am. Plaintiff requested Defendant reply to her by

this afternoon to meet the Court's four-day rule. Defendant's counsel was unable to respond within that timeframe because she is "experiencing a high volume of emails while working to meet imemdiate (sic) court deadlines as part of a heavy caseload." Defense counsel requested that phone calls be limited to "a court deadline within the next 24 hours…". As this request does not meet that criterion, Plaintiff waited until the close of business today[1] for a response before filing this motion.

Given these circumstances, Plaintiff cannot provide the Court with suggested deadlines to reset the briefing schedule in consultation with Defendant or Defendant's position regarding this motion at this time. However, Plaintiff assures the Court this motion is filed for good cause, in good faith, and without purpose of undue delay. Granting this motion for an additional one-week period for Plaintiff to file a response to Defendant's summary judgment motion should not prejudice the Parties because the proceedings are at a dispositive stage.

Plaintiff thanks the Court for its consideration of this request. A proposed Order is attached.

Dated: November 12, 2024				Respectfully Submitted,

							*/s/ Elaine Abbott*
							Elaine Abbott
							Plaintiff, Appearing *Pro Se*
							Email: discriminationlawsuitvoge@protonmail.com

---

[1] Plaintiff did not contact Defendant on Monday, November 11, 2024, as it was the Veterans' Day federal holiday.

2

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ELAINE ABBOTT<br><br>    Plaintiff,<br><br>v.<br><br>SHELLEY FINLAYSON, Acting Director<br>U.S. Office of Government Ethics<br><br>    Defendant. | **CIVIL ACTION NO: 1:22-cv-02717-BAH** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's second motion to extend time to respond to Defendant's summary judgment motion, and for good cause shown, pursuant to the entire record herein, it is hereby,

ORDERED that Plaintiff's motion is GRANTED; and it is further

ORDERED that Plaintiff shall have through and including Friday, November 22, 2024, to respond to Defendant's summary judgment motion in this case.

SO ORDERED:

DATE: _____   _____
                                                 BERYL A. HOWELL
                                                 United States District Judge