UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE ABBOTT<br><br>    Plaintiff,<br><br>v.<br><br>SHELLEY FINLAYSON, Acting Director<br>U.S. Office of Government Ethics<br><br>    Defendant. | CIVIL ACTION NO: 1:22-cv-02717-BAH |

**PLAINTIFF'S THIRD MOTION TO EXTEND TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rules of Civil Procedure[1] 6(b)(1) and 7(b) as well as this Court's Standing Order for Civil Cases, Plaintiff, who is self-represented, respectfully moves the Court to extend her time to respond to the Defendant's Summary Judgment motion from Monday, December 16, 2024, to Monday, December 30, 2024[2]. This is Plaintiff's third[3] request for an extension to file a response in the summary judgment briefing schedule for this case.

There is good cause for this extension request. Plaintiff expects to file some, if not all, of the following pleadings in relation to her opposition:

1. Leave to exceed page limits for filing response in opposition;
2. Leave to amend Complaint;
3. Motion to Compel Discovery responses;
4. Leave to amend/append/update or otherwise renew response to Defendant's summary judgment filings with additional factual material in support of opposition.

---

[1] Hereinafter, "FRCP".
[2] Or any extension the Court will allow.
[3] On its own accord after denying Plaintiff's November 22, 2024, FRCP 56(d) pleading for relief from Defendant's summary judgment motion, the Court reset Plaintiff's due date to respond to Defendant's motion to Monday, December 16, 2024. See ECF 39. As a result, this will be the fourth extension to the due date for Plaintiff's summary judgment response overall.

On December 3, 2024, the same day this Court issued its Memorandum Opinion and Order starting a two-week timeframe for Plaintiff to file her response to Defendant's summary judgment motion, Plaintiff cut open half of her finger with a sharp knife. This injury has substantially hindered Plaintiff's ability as a 10-digit touch typist to produce the high-volume work described above that is required to complete her response within the currently scheduled timeframe. Plaintiff respectfully makes this request in light of the aforementioned and assures the Court this motion is filed for good cause as delineated above, in good faith, and without purpose of undue delay. Plaintiff also assures the Court that this request is not made with any regard to holiday plans as the holiday season is a period of deep mourning and reflection for the Plaintiff to be spent, if this motion is granted, preparing a substantive response to Defendant's pending motion.

     As required by Local Civil Rule 7(m), Plaintiff contacted the Defendant about this motion on Tuesday morning, December 10, 2024. Defendant's counsel responded later the same morning stating the defense will oppose Plaintiff's motion. Plaintiff respectfully asserts that granting this motion does not prejudice the Defendant because the proceedings are at a dispositive stage to determine if a trial should occur. There is no impact to a scheduled proceeding or the Defendant's preparation for one.

     Plaintiff extends her gratitude to the Court for considering this request and continues drafting a comprehensive response to Defendant's summary judgment motion, albeit at a much slower pace than is needed to meet the current submission date. A proposed Order is attached.

Dated: December 10, 2024        Respectfully Submitted,

                                         */s/ Elaine Abbott*
                                         Elaine Abbott
                                         Plaintiff, Appearing *Pro Se*
                                         Email: discriminationlawsuitvoge@protonmail.com

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELAINE ABBOTT<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHELLEY FINLAYSON, Acting Director<br>U.S. Office of Government Ethics<br><br>　　　　Defendant. | CIVIL ACTION NO: 1:22-cv-02717-BAH |

## [PROPOSED] ORDER

Upon consideration of Plaintiff's motion to extend time to respond to Defendant's summary judgment motion, and for good cause shown, pursuant to the entire record herein, it is hereby,

ORDERED that Plaintiff's motion is GRANTED; and it is further

ORDERED that Plaintiff shall have through and including Monday, December 30, 2024, to respond to Defendant's summary judgment motion in this case.

SO ORDERED:

DATE: _____                    _____
　　　　　　　　　　　　　　　　　　　　　　　BERYL A. HOWELL
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge